FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-1008

_____

BRIAN M. CASEY,

 Petitioner,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections, State of Florida,

 Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


April 22, 2019


PER CURIAM.

 The petition for writ of habeas corpus is denied.

 We have determined that the petition raises a frivolous claim. Petitioner is warned that any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court and a referral to the appropriate institution for disciplinary procedures as provided in section 944.279, Florida Statutes (2018) (providing that a prisoner who is found by a court to have brought a frivolous or malicious suit, action, claim,

proceeding, or appeal is subject to disciplinary procedures pursuant to the rules of the Department of Corrections).

RAY, OSTERHAUS, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Brian M. Casey, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.